Commonwealth of Massachusetts
County of Barnstable
The Superior Court

CIVIL DOCKET# BACV2004-00539-A

RE: Kilelee v Dow Chemical Company

TO: David G Prentiss, Esquire
700 Pleasant Street
4th Floor
New Bedford, MA 02740

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the average (A) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 12/06/2004 |
| Response to the complaint filed (also see MRCP 12) | 02/04/2005 |
| All motions under MRCP 12, 19, and 20 filed | 02/04/2005 |
| All motions under MRCP 15 filed | 12/01/2005 |
| All discovery requests and depositions completed | 10/27/2006 |
| All motions under MRCP 56 served and heard | 12/26/2006 |
| Final pre-trial conference held and firm trial date set | 04/25/2007 |
| Case disposed | 09/07/2007 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session A sitting in Civil A, Barnstable Superior Court.

Dated: 09/07/2004

Scott W. Nickerson
Clerk of the Courts

BY: Nancy N. Weir
Assistant Clerk

Location: Civil A
Telephone: (508) 375-6684

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website for status of case: http://ma-trialcourts.org/tcic