UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 15 P 4: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| KEVIN KILELEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOW CHEMICAL COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-CV-12130 MEL |

## STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Plaintiff, Kevin Kilelee, and defendant, The Dow Chemical Company, hereby stipulate that the time within which defendant must answer or otherwise respond to plaintiff's Complaint shall be, and is hereby, enlarged to and including November 15, 2004.

Respectfully submitted,

KEVIN KILELEE

By his attorneys

_/s/ David G. Prentiss_
David G. Prentiss, Esq. (BBO #405620)
Law Offices of David G. Prentiss, P.C.,
Fleet Bank Building,
700 Pleasant Street, Fourth Floor
New Bedford, MA 02740
(508) 996-9229

DOW CHEMICAL COMPANY,

By its attorneys

_/s/ Kristin G. McGurn_
Lisa J. Damon (BBO #644741)
Kristin G. McGurn, Esq. (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

---

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on October 15, 2004.

_/s/ Kristin G. McGurn_
Kristin G. McGurn

---