UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN KILELEE,

    Plaintiff,

v.

DOW CHEMICAL COMPANY,

    Defendant.

Civil Action No. 04-CV-12130 MEL

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules for the District of Massachusetts, as amended, the Defendant, The Dow Chemical Company ("Dow") states as follows:

Dow has no corporate parent, and no publicly held corporation owns ten percent or more of Dow's stock.

Respectfully submitted,

DOW CHEMICAL COMPANY,

By its attorneys

/s/ Kristin McGurn
Lisa J. Damon (BBO #644741)
Kristin G. McGurn, Esq. (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: October 15, 2004

---

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on October 15, 2004.

/s/ Kristin McGurn
Kristin G. McGurn