

**SEYFARTH SHAW** LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946 4800
fax 617-946 4801
www.seyfarth.com

Writer's direct phone
617-946-4858

Writer's e-mail
kmcgurn@seyfarth.com

December 14, 2004

George Howarth, Clerk
United States District Court for
 The District of Massachusetts
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re: *Kevin Kilelee v. Dow Chemical Company*
          **Civil Action No. 04-V-12130 MEL**

Dear Mr. Howarth:

Upon your recommendation this morning, I am writing to inquire as to the status of Dow Chemical Company's Motion to Dismiss. Dow filed and served its motion by hand on November 15, 2004. The Plaintiff did not file any opposition to the Motion within the time allowed for such a filing, and the period for filing an opposition has now passed.

We respectfully request that you bring this matter to Judge Lasker's attention so that we may obtain a ruling on the Motion as soon as possible.

If you have any questions, please do not hesitate to call. Thank you very much for your assistance in this matter.

                        Sincerely yours,

                        SEYFARTH SHAW LLP

                        Kristin G. McGurn

KGM/dnl

cc: Sara A. Arons, Esq.
     Sherry S. Heins, Esq.
     Lisa Damon, Esq.

BO1 15686065.1 / 34843-000008