UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN KILELEE., )<br>)<br>        Plaintiff )<br>v.                                           )<br>)<br>DOW CHEMICAL COMPANY )<br>)<br>        Defendant )<br>)<br>_____ ) | Docket # 04-CV 12130-MEL |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

Pursuant to Rule 15(a) Fed.R.Civ.P., the plaintiff respectfully requests leave to amend his complaint by filing his FIRST AMENDED COMPLAINT enclosed herewith and states as reasons the underlying facts or circumstances relied upon in the amended complaint is a proper subject of relief under ERISA and there has not been undue delay in bringing this first amendment to cure deficiencies raised by the defendants motion to dismiss.

                                        Respectfully Submitted,
                                        DAVID G. PRENTISS, P.C.
                                        By:

Dated: January 13, 2005                 _____
                                        David G. Prentiss
                                        700 Pleasant Street
                                        New Bedford, MA 02740
                                        (508) 994-3200
                                        BBO# 405620

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true copy of the attached document and the FIRST AMENDMENT TO THE COMPLAINT to the following counsel of record by: FIRST CLASS MAIL, POSTAGE PREPAID as follows on the date above written:

Kristin G. McGurn, Esq.
Seyfarth & Shaw
World Trade Center East
Two Seaport Lane
Boston, MA 02110-2028

_____
David G. Prentiss

\\YOUR-ZE8CXVR8TT\SharedDocs\Office Files\Kilelee, Kevin (See Enz, Linda)\2005 final memo for amended.doc