

Writer's direct phone
617-946-4858

Writer's e-mail
kmcgurn@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801

www.seyfarth.com

FILED
IN CLERKS OFFICE
2005 JAN 27 P 12:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 27, 2005

**BY HAND**

Susan Farbstein, Civil Clerk
United States District Court for
 The District of Massachusetts
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Kevin Kilelee v. Dow Chemical Company*
04-CV-12130 MEL

Dear Ms. Farbstein:

Once again, I submit this letter to assert the opposition of Defendant, The Dow Chemical Company ("Dow"), to the Plaintiff's Motion to Amend the Complaint ("Motion") and supporting papers. According to the docket, Plaintiff's Motion apparently was filed on January 14, 2005, the day *after* Judge Lasker *denied* Plainiff's motion for leave to respond to Dow's motion to dismiss and to file an amended complaint. In his January 13, 2005 Order, Judge Lasker pointed out that Plaintiff's attempts to respond to the Motion to Dismiss were tardy, having been lodged after the Court had granted Dow's Motion to Dismiss and closed the case. Plaintiff's Motion is flatly inconsistent with the Court's January 13, 2005 Order and, accordingly, Dow opposes it.

Thank you for your attention to this matter. Please do not hesitate to call me if you have any questions.

Sincerely yours,

SEYFARTH SHAW LLP

Kristin G. McGurn

cc: Sara A. Arons, Esq.
 David G. Prentiss, Esq.
 Lisa J. Damon, Esq.

BO1 15693743.1 / 34843-000008

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA